UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ERRICKA CAREY**,                                        Case No. 3:12-cv-01509-KI

        Plaintiff,                                        JUDGMENT

    v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,

        Defendant.

    Linda S. Ziskin
    PO Box 753833
    Las Vegas, NV 89136

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon
    Adrian L. Brown
    Assistant United States Attorney
    1000 SW Third Ave., Suite 600

Page 1 - JUDGMENT

Portland, OR 97201-2902

Franco L. Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing to further develop the record.

IT IS SO ORDERED.

DATED this   12th   day of December, 2013.

        /s/ Garr M. King
        Garr M. King
        United States District Judge