**LINDA S. ZISKIN, OSB #011067**
linda@ziskinlawoffice.com
P.O. Box 753833
Las Vegas, NV 89136
Phone: (503) 889-0472
Fax:    (888) 889-5776
  Attorneys for Plaintiff

FILED29 JUN '15 16:07 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ERRICKA CAREY,,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION**<br><br>**Defendant.** | Case. No. 3:12-cv-01509-KI<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $22,431.75, are hereby awarded to Plaintiff's attorney, Linda S. Ziskin.

The check, minus the user fee, should be mailed to the address below.

IT IS SO ORDERED this 29 day of Jun, 2015.

_____
HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Linda S. Ziskin
LINDA S. ZISKIN, OSB #011067
P.O. Box 753833
Las Vegas, NV 89136
(503) 889-0472
 Attorney for Plaintiff